**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

DAMIS FELLOVE TORRES,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

CIVIL ACTION NO.: 5:26-cv-965

## ORDER

Petitioner filed a Motion for Extension and for Communication Access. Doc. 6. He asks to be able to access an American Sign Language ("ASL") interpreter or legal representation and asks that he have an additional 30 days to file a response to the motion to dismiss. Id. Upon review, the Court **GRANTS in part** Petitioner's Motion. Petitioner shall file any desired response to the motion to dismiss **on or before November 21, 2026**. Petitioner has not identified any legal basis for the Court to provide an ASL interpreter or a legal representative.

**SO ORDERED**, this 5th day of November, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA